**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALEXANDER SOROKURS, M.D., A P.C.,<br><br>*Plaintiff*,<br><br>v.<br><br>KYLE ORDWAY, AND HEALTH CARE SERVICE CORPORATION,<br><br>*Defendants*. | Case No. 2:26-cv-03854-FMO-DMK<br><br>*Hon. Fernando M. Olguin*<br><br>**ORDER ON STIPULATION [32] FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant Health Care Service Corporation (collectively, the "Parties")[1] have announced to the Court that the matters in controversy between them have been settled. In accordance with the Stipulation of Dismissal with Prejudice filed by the Parties, it is

ORDERED that this case is DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and court costs are to be borne by the Party incurring them.

[1] Kyle Ordway has not appeared herein, so his consent is not required to dismiss the case.

All relief not granted is hereby denied.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

Dated: August 5, 2026

/s/

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE